UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH, | No. 2:24-cv-3294 SCR P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. §1983. Before the court is plaintiff's application to proceed in forma pauperis. (ECF No. 2.) Plaintiff failed to complete the application. He states only that he is homeless, disabled, and sick and "such persons should not pay filing fees." If plaintiff wishes to proceed with this case, he must properly complete the application to proceed in forma pauperis or pay the filing fee of $405. Plaintiff will be given an opportunity to do so. Plaintiff is warned that if he fails to comply with this order, the court may recommend this case be dismissed.

Accordingly, IT IS HEREBY ORDERED that

1. Within twenty-one days of the filed date of this order, plaintiff shall file a completed application to proceed in forma pauperis or pay the filing fee.

////

////

1

2. The Clerk of the Court shall provide plaintiff with a copy of the court's application to proceed in forma pauperis along with the copy of this order.

DATED: December 10, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE