UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR, et al.,<br><br>        Defendants. | No. 2:24-cv-3294-SCR<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

     By an order filed December 11, 2024, plaintiff was ordered to file a completed application to proceed in forma pauperis or to pay the filing fee in this action. He was cautioned that failure to do so would result in a recommendation that this action be dismissed. The twenty one day period has expired, and plaintiff has not responded to the court's order by filing the required document or by paying the filing fee.

     In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a district judge to this case; and

     IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty one days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1 "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
2 failure to file objections within the specified time may waive the right to appeal the District
3 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4 DATED: June 2, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2