UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>    Plaintiff,<br><br>   v.<br><br>CDCR, et al.,<br><br>    Defendants. | No. 2:24-cv-03294-DC-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 2, 7) |

Plaintiff, a former state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 3, 2025, the magistrate judge issued findings and recommendations herein that were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one (21) days. (ECF No. 7.) Plaintiff has not filed objections to the pending findings and recommendations.

/////

/////

/////

/////

/////

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY
3  ORDERED that:
4      1. The findings and recommendations (ECF No. 7) are ADOPTED in full;
5      2. Plaintiff's incomplete motion to proceed *in forma pauperis* (ECF No. 2) is DENIED
6         as having been rendered moot by this order;
7      3. This action is dismissed without prejudice; and
8      4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 18, 2025**

Dena Coggins
United States District Judge

2